UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARY COLLINS, ESTHER COLON,　　　　　　　:
PATRICIA COOPER-POTTER, LUCILLE　　　　:
CORPREW, JANICE CRISSMAN, CHERYL　　　:
CURRID, BARBARA DALLEY, ALMA　　　　　:
DANIELS, EDNA DAVES, SHIRLEY　　　　　　:
DAVIDSON, LORELEI DAVIES, ROBIN　　　　:
DAVIS, ROBERT H. DOKTOR, DAWN　　　　　:
DREWS, CURTIS DREXLER, SARA　　　　　　　:
DROSSART, MILTON DUNAWAY, JEFFREY　:
DURGIN, BETTY EDWARDS, JANET　　　　　　:
ERICKSON,　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs.　　　　　　　　　　　　　:　　Civil Action
v.　　　　　　　　　　　　　　　　　　　　　　　:　　No. 04-11268-GAO
　　　　　　　　　　　　　　　　　　　　　　　　　　:
INDEVUS PHARMACEUTICALS, INC., F/K/A　:
INTERNEURON PHARMACEUTICALS, INC.;　:
WYETH, INC., F/K/A AMERICAN HOME　　　:
PRODUCTS CORPORATION; WYETH　　　　　:
PHARMACEUTICALS, INC F/K/A WYETH-　　:
AYERST PHARMACEUTICALS, INC., A　　　　:
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER　　　　　:
INGELHEIM PHARMACEUTICALS, INC.,　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants.　　　　　　　　　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004　　　　　　　　　Respectfully submitted,
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
Of Counsel:　　　　　　　　　　　　　　One Beacon Street
Barbara Wrubel　　　　　　　　　　　　Boston, Massachusetts 02108
Katherine Armstrong　　　　　　　　　(617) 573-4800
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　 Boehringer Ingelheim Pharmaceuticals, Inc.