UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
MARY COLLINS, ESTHER COLON, :
PATRICIA COOPER-POTTER, LUCILLE :
CORPREW, JANICE CRISSMAN, CHERYL :
CURRID, BARBARA DALLEY, ALMA :
DANIELS, EDNA DAVES, SHIRLEY :
DAVIDSON, LORELEI DAVIES, ROBIN :
DAVIS, ROBERT H. DOKTOR, DAWN :
DREWS, CURTIS DREXLER, SARA :
DROSSART, MILTON DUNAWAY, JEFFREY :
DURGIN, BETTY EDWARDS, JANET :
ERICKSON, :
   :
    Plaintiffs. : Civil Action
v. : No. 04-11268-GAO
   :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
   :
    Defendants. :
---------------------------------- x

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 29, 2004                                         Respectfully submitted,
      Boston, Massachusetts

                                                      /s/Matthew J. Matule
                                                      Matthew J. Matule (BBO #632075)
                                                      SKADDEN, ARPS, SLATE,
Of Counsel:                                       MEAGHER & FLOM LLP
Barbara Wrubel                             One Beacon Street
Katherine Armstrong                     Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                 (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                                     Boehringer Ingelheim Pharmaceuticals, Inc.