UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARY COLLINS, ESTHER COLON, PATRICIA COOPER-POTTER, LUCILLE CORPREW, JANICE CRISSMAN, CHERYL CURRID, BARBARA DALLEY, ALMA DANIELS, EDNA DAVES, SHIRLEY DAVIDSON, LORELEI DAVIES, ROBIN DAVIS, ROBERT H. DOKTOR, DAWN DREWS, CURTIS DREXLER, SARA DROSSART, MILTON DUNAWAY, JEFFREY DURGIN, BETTY EDWARDS, JANET ERICKSON,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11268-GAO

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

      Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: September 15, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |